Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: **17-80383**

Debtor(s): **Glyndia Carter**   SS#: **xxx-xx-9055**   Net Monthly Earnings: **202.00**
SS#:   Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **200.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   (    ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **12,000.00**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$260.00** paid pre-petition

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Specialized Loan Servicing/SLS | $93,954.00 | ☐ by Trustee ☑ by Debtor $556.90 | March 2017 | $3,613.53 | | 3.375% | $108.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Redstone Fcu | $40.00 | $2,306.00 | $4,000.00 | $0.00 | 2004 Infinity G35 | 5.25% | $69.00 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ This is an original plan.
   ☐ This is an amended plan replacing plan dated _____.
   ☑ This plan proposes to pay unsecured creditors **ProRata** %.
   ☐ Other Provisions:

Attorney for Debtor Name/Address/Telephone #   Dated: **February 23, 2017**   **/s/ Glyndia Carter**
**John C. Larsen**                                                             **Glyndia Carter**
**1733 Winchester Road**                                                       Signature of Debtor
**Huntsville, AL 35811**
Telephone # **256-859-3008**